Revised 03/06 WDNY

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NEW YORK

**FILED SEP 03 2025**

## FORM TO BE USED IN FILING A CIVIL COMPLAINT IN FEDERAL COURT
(Non-Prisoner Context)

25-CV-6455

All material filed in this Court is now available via the **INTERNET**. See **Pro Se Privacy Notice** for further information.

## 1. CAPTION OF ACTION

**A.** Full Name of Plaintiff: **NOTE**: *If more than one plaintiff files this action and seeks in forma pauperis status, **each plaintiff** must submit an in forma pauperis application or the only plaintiff to be considered will be the plaintiff who filed an application.*

Timothy L. Miller

-vs-

**B.** Full Name(s) of Defendant(s) **NOTE**: *Pursuant to Fed.R.Civ.P. 10(a), the names of all parties must appear in the caption. The court may not consider a claim against anyone not identified in this section as a defendant.* Add a separate sheet, if necessary.

1. New York State
2. Rochester N.Y.
3. Francis Center
4. Staffs
5. Clients
6. Citizens non Citizens

## 2. STATEMENT OF JURISDICTION, VENUE and NATURE OF SUIT
*All of these sections MUST be answered*

*Identify the basis for federal Court jurisdiction over your claim, such as that the United States government is a party to the action, all the parties reside in different states and therefore you claim diversity jurisdiction, or the claim presents a federal question or arises under federal law.*

A. Basis of Jurisdiction in Federal Court: Violation 13th 14th Amendment

*State why the Western District of New York is the proper venue for this action, such as that your claim arises in or the defendant resides in the 17 westernmost counties of New York State.*

B. Reason for Venue in the Western District: Sexual Harassment

*Identify the nature of this action, such as that it is a civil rights claim, a personal injury or personal property (tort) claim, a property rights claim, or whatever it is.*

C. Nature of Suit: People are following me and harassing me for City of Rochester and New York State

## 3. PARTIES TO THIS ACTION

**PLAINTIFF'S INFORMATION** NOTE: *To list additional plaintiffs, use this format on another sheet of paper.*

Name of First Plaintiff: Timothys L. Miller

Present Address: 145 Eeleand St
Rochester N.Y. 14609

Name of Second Plaintiff: _____

Present Address: _____

**DEFENDANT'S INFORMATION** NOTE: *To list additional defendants, use this format on another sheet of paper.*

Name of First Defendant: New York State

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

Name of Second Defendant: Rochester N.Y.

Official Position of Defendant (if relevant): _____

Address of Defendant: _____

Name of Third Defendant: Shelters (Francis Center)

Official Position of Defendant (if relevant): Managers

Address of Defendant: 547 Joseph Ave,
Rochester N.Y. 14605

## 4. PREVIOUS LAWSUITS IN STATE AND FEDERAL COURT

A. Have you begun any other lawsuits in state or federal court dealing with **the same facts involved in this action**?
Yes [ ]   No [✓]

If Yes, complete the next section. NOTE: *If you have brought more than one lawsuit dealing with the same facts as this action, use this format to describe the other action(s) on another sheet of paper.*

1. Name(s) of the parties to this other lawsuit:

   Plaintiff(s): _____

Defendant(s):_____

_____

2. Court (if federal court, name the district; if state court, name the county):_____

_____

3. Docket or Index Number:_____

4. Name of Judge to whom case was assigned:_____

5. The approximate date the action was filed:_____

6. What was the disposition of the case?

   Is it still pending? Yes ☐  No ☒

   If not, give the approximate date it was resolved._____

   Disposition (check those statements which apply):

   ☐ Dismissed (check the statement which indicates why it was dismissed):

   ☐ By court *sua sponte* as frivolous, malicious or for failing to state a claim upon which relief can be granted;

   ☐ By court for failure to prosecute, pay filing fee or otherwise respond to a court order;

   ☐ By court due to your voluntary withdrawal of claim;

   ☐ Judgment upon motion or after trial entered for

   ☐ plaintiff
   ☐ defendant.

---

## 5. STATEMENT OF CLAIM

**Please note** that it is not enough to just list the ground(s) for your action. You **must** include a statement of the facts which you believe support each of your claims. In other words, just tell the story of what happened and do not use legal jargon.

**Fed.R.Civ.P. 8(a)** states that a pleading must contain "a short and plain statement of the claim showing that the pleader is entitled to relief." "The function of pleadings under the Federal Rules is to give fair notice of the claim asserted. Fair notice is that which will enable the adverse party to answer and prepare for trial, allow the application of res judicata, and identify the nature of the case so it may be assigned the proper form of trial." Simmons v. Abruzzo, 49 F.3d 83, 86 (2d Cir. 1995).

**Fed.R.Civ.P. 10(b)** states that "[a]ll averments of claim ... shall be made in numbered paragraphs, the contents of each of which shall be limited as far a practicable to a single set of circumstances."

**A. FIRST CLAIM:** On (*date of the incident*) (Since 2016) → (4/16/25), defendant (*give the **name and (if relevant) the position held** of **each defendant** involved in this incident*) All races Ages Are creating A Hate Crime by Harassing me Daily wherever I go.

did the following to me (*briefly state what each defendant named above did*): **I Am being target by A Host of Citizens, Non Citizens So their Calamity will be preceived As the truth. These People Are harassing using Children beyond my control.**

The federal basis for this claim is: **Violation 1st, 13th, 14th Amendment**

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: **I want them Charged in Jail for trying to Sabotage my life.**

**B. SECOND CLAIM:** On (*date of the incident*) _____,
defendant (*give the name and (if relevant) position held of each defendant involved in this incident*) _____

did the following to me (*briefly state what each defendant named above did*): _____

The federal basis for this claim is: _____

State briefly **exactly** what you want the Court to do for you. *Make no legal arguments and cite no cases or statutes*: _____

**If you have additional claims, use the above format to set them out on additional sheets of paper.**

4

## 6. SUMMARY OF RELIEF SOUGHT

*Summarize the relief requested by you in each statement of claim above.*

250 million since 70% of Rochester Stores have participate into this Hate Crime

Do you want a **jury trial**? Yes [ ]   No [ ]

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed on  9/3/25
            (date)

**NOTE:** *Each plaintiff must sign this complaint and must also sign all subsequent papers filed with the Court.*

*Timothy Miller*

Signature(s) of Plaintiff(s)

Civil Suit

Timothy L Miller

VS

Rochester N.Y Citizen and NON Citizens

On 9/2/25 I left the shelter on Joseph Avenue in experience discrimination from citizen and non citizens. People are following with their children using them to discriminate for money so I can be lock up or homeless. I had to call police due to parents are waiting for me in the direction I am coming then bend down or try to get their kids to act nude so they could say that I was looking at them sexually.

I am being disservice by Monroe County Department of Human Services. On 9/3/25 I went there due to Francis Shelter are not giving me my paper work like they use to. While explaining to the Staff about me being either replaced to another shelter or talking to the Shelter Head Staff she try to confuse me with my address. DHS claimed that they were sending my paperwork to 70 Liberty Pole. DHS is the ones that removed me from 70 Liberty Pole in June 2025. I spoke to another lady who wanted me to wait with no number at DHS located at 691 Saint Paul. They are both bilingual in I strongly believed that they were trying to make me wait without no number so they could say I was not in the right frame of mind in I was already replaced.

I have filed against DHS numerous times in nothing was done. A Hate Crime is imposed upon me for White Supremacy due to I pioneer Kohl's Customer service while they were trying to blame me for their customer service failing in credit. I quit as of 9/3/2016 due to fear of entrapment. I spoke to corporate who confirm that sexual harassment was seen on camera but Division of Human Rights told me that they were not going to use camera. Investigation needed.